IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-41033
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CESAR CISNEROS-QUINONES,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-98-CR-194-1
- - - - - - - - - -

July 23, 1999

Before HIGGINBOTHAM, JONES, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Cesar Cisneros-Quinones appeals his guilty-plea conviction
for being an alien found to be illegally in the United States
after deportation in violation of 8 U.S.C. § 1326(a) & (b).  He
argues that the district court erred in finding that his prior
state involuntary manslaughter conviction was an aggravated
felony and increasing his offense level by 16 points under
§ 2L1.2(b)(1)(A) of the United States Sentencing Guidelines.
Because there is an absence of clear law on the precise issue
raised by Cisneros-Quinones, he has not shown that any error by

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

the district court was clear or obvious.  See United States v. Castro, 166 F.3d 728, 732 (5th Cir. 1999).

AFFIRMED.